UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karl S. Kronenberger,<br><br>        Plaintiff,<br><br>   v.<br><br>Kronenberger.Com,<br><br>        Defendant.<br>_____/ | No. C 06-2269 MJJ  (JL)<br><br>**REPORT AND RECOMMENDATION TO DENY MOTION FOR DEFAULT JUDGMENT** |

**Introduction**

This is an in rem action against domain name KRONENBERGER.COM brought by Plaintiff Karl S. Kronenberger on March 29, 2006.  This Court has in rem jurisdiction over the KRONENBERGER.COM domain name pursuant to 15 USC § 1125(d)(2), as the Plaintiff was not able to locate any person who would have been a defendant under 15 USC § 1125(d)(1) and the domain name constitutes personal property located within the territorial jurisdiction of the United States and this Court.

Plaintiff's complaint was filed on March 29, 2006.  A motion for entry of default was filed by Plaintiff on April 26, 2006.  (Docket No. 6)  Default was entered on April 28, 2006 (Docket No. 8) and Plaintiff filed a Motion for Default Judgment on June 19, 2006.  (Docket No. 9).  The district court (Hon. Martin J. Jenkins) referred the Motion for Default Judgment to this Court for a report and recommendation.  (Order Referring Motion, Docket No. 11).

C-06-2269 Report and Recommendation

Because ownership of the KRONENBERGER.COM domain name has already been transferred to Karl S. Kronenberger, this Court recommends that the Motion for Default Judgment be denied as moot.

### Factual Background

Plaintiff is an attorney and a partner of the law firm of Kronenberger Burgoyne, LLP, which at the time this action was filed was named Kronenberger Hanley, LLP. Defendant is domain name KRONENBERBER.COM which is registered through a proxy domain name registration service eNom, Inc., having its principal place of business in Bellevue, WA. (See Plaintiff's Complaint for Cybersquatting *in rem*, 3, Docket No. 1).

Plaintiff was seeking a preliminary and permanent injunction and judgment ordering the transfer of the registration and control of the KRONENBERGER.COM domain name to Plaintiff. (Plaintiff's Complaint for Cybersquatting *in rem*, Docket No. 1). Plaintiff alleged that the disputed domain was being used to generate affiliate revenue from pay-per-click revenue advertisements which were in direct competition with Plaintiff's services. In addition, Plaintiff argued that the disputed domain created confusion in the marketplace. According to the Declaration of Karl S. Kronenberger filed on September 21, 2007, the domain name registrar, eNom, transferred the disputed domain name KRONENBERGER.COM to Plaintiff on May 1, 2006. (Docket No. 12).

### Conclusion

The domain name KRONENBERGER.COM has been transferred to Plaintiff, therefore this Court recommends that the Motion for Default Judgment be denied as moot.

DATED: October 2 , 2007

_____
JAMES LARSON
Chief Magistrate Judge

C-06-2269 Report and Recommendation