IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL S. KRONENBERGER,<br><br>   Plaintiff,<br><br>   v.<br><br>KRONENBERGER.COM,<br><br>   Defendant.<br>_____ / | No. C06-02269 MJJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pending before the Court is Plaintiff's Motion for Default Judgment (Doc. No. 9) . On October 2, 2007, Magistrate Judge James Larson issued a Report and Recommendation ("R&R") (Doc No. 13). The Court has considered the R&R and agrees with the Magistrate Judge's reasoning. Accordingly, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's Motion for Default Judgment as moot.

**IT IS SO ORDERED.**

Dated: October 24, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE