IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL S. KRONENBERGER, | No. C06-02269 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| KRONENBERGER.COM, | |
| Defendant. | |

On October 24, 2007 the Court adopted the Magistrate's Report and Recommendation and denied Plaintiff's Motion for Default Judgment as moot. (Docket No. 14.) In this action Plaintiff sought a preliminary injunction and judgment ordering the transfer of the registration and control of the KRONENBERGER.COM domain name to Plaintiff. The domain name registrar transferred the disputed domain name to Plaintiff on May 1, 2006. (Docket No. 12.) Seeing no further issues to litigate in this matter, the Court **ORDERS** Plaintiff to show cause in writing, **within five court days** from the entry of this Order, as to why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: October 24, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE