IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL S. KRONENBERGER, | No. C06-02269 MJJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| KRONENBERGER.COM, | |
| Defendant. | |

On October 24, 2007, the Court issued an Order to Show Cause as to why this action should not be dismissed. (Docket No. 15.) Plaintiff did not respond within the time set forth. The Court therefore **DISMISSES** this action. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: November 1, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE